United States District Court
Southern District of Texas

**ENTERED**

February 05, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Roshan Pyarali Mansia, §
§
§
*Plaintiff,* §
§   Civil Action No. 4:25-cv-03828
v. §
§
Joseph B. Edlow, Director, United §
States Citizenship and Immigration §
Services, §
§
*Defendant.* §

## MEMORANDUM AND RECOMMENDATION

On August 14, 2025, Plaintiff Roshan Pyarali Mansia filed this suit seeking to compel Defendant Joseph B. Edlow, Director of United States Citizenship and Immigration Services, to "issue a bona fide determination" on his pending Forms I-918 and I-918A. Dkt. 1. The September 5, 2025 Order for Conference and Disclosure of Interested Parties directed Plaintiff to serve the summons and complaint within 90 days of filing the complaint, or else risk "dismissal by the Court on its own initiative." Dkt. 5 at 1; *see also* Fed. R. Civ. P. 4(m) (requiring service within 90 days of filing suit).

Months passed, but Plaintiff failed to file proof that Defendant was properly served. That prompted the Court to issue a November 25, 2025 "Order of Non-Compliance" flagging Plaintiff's omission. Dkt. 6. The Order

explicitly warned Plaintiff that "[i]f proof of service is not filed by January 7, 2026 this case may be dismissed. *Id.*

Despite those multiple warnings, Plaintiff has still failed to file proof of service. Accordingly, on its own motion, this Court should dismiss this suit without prejudice for lack of timely service. *See* Fed. R. Civ. P. 4(m).

### Recommendation

For the foregoing reasons, it is **RECOMMENDED** that Plaintiff Roshan Pyarali Mansia's claims be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 4(m) for lack of timely service.

The Clerk of Court is directed to send a copy of this opinion to Plaintiff by email and regular mail at his record addresses.

**The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error. *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).**

Signed on February 5, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

2